**Claude JETT, Appellant, v. STATE, Appellee.**

**No. 19680.**

Court of Criminal Appeals of Texas.

Feb. 23, 1938.

Harvey P. Shead, of Longview, and H. W. McGee, Jr., of Marshall, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for rape; punishment, fifteen years' confinement in the penitentiary.

Since his appeal was perfected, the appellant has filed a written request, verified by his affidavit, asking for the privilege of withdrawing his appeal. The request is granted, and the appeal ordered dismissed.

**Jimmie JOHNSTON, Appellant, v. STATE, Appellee.**

**No. 19417.**

Court of Criminal Appeals of Texas.

March 16, 1938.

McLean & Scott, of Fort Worth, for appellant.

Will R. Parker, Crim. Dist. Atty., and H. C. Wade and Leo Brewster, Asst. Crim. Dist. Attys., all of Fort Worth, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is altering election returns; the punishment, confinement in the penitentiary for three years.

Fidge Covey v. State, 116 S.W.2d 741, this day delivered, is a companion case. The questions considered in Covey's Case are also presented in the present appeal. Hence we deem it unnecessary to set forth the appellant's contentions herein. The testimony is deemed sufficient to support the judgment of conviction.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

**Emmett JONES, Appellant, v. STATE, Appellee.**

**No. 19790.**

Court of Criminal Appeals of Texas.

March 30, 1938.

Heidingsfelder & Wander, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.